In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, Appellant.

ALEXANDER BERNARD et al., Appellants.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, Appellant.

LEONID DAVYDOFF et al., Appellants.

(Argued January 5, 1931; decided February 10, 1931.)

*Frederick B. Campbell* and *Paul C. Whipp* for appellants.
*Walter H. Pollak* for Victor Yermoloff *amicus curiæ.*

*James F. Donnelly, Alfred C. Bennett, John M. Downes* and *Clarence C. Fowler* for respondent.

*Per Curiam.* These appeals have ceased to be of more than abstract importance or significance in view of other decisions, announced simultaneously with this, whereby the court has indicated a plan for the distribution of the surplus assets.

The appeals should be dismissed without costs to either party.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Appeals dismissed.